≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN           DISTRICT OF           NEW YORK

MAJEED UR-RAHMAN

v.

THE CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 8774

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York and Raymond Kelly

I certify that I am admitted to practice in this court.

October 30, 2007
Date

Signature

Suzette Corinne Rivera          SR 4272
Print Name                      Bar Number

100 Church Street
Address

New York          NY          10007
City              State         Zip Code

(212) 788-9567          (212) 788-9776
Phone Number            Fax Number