ROTHMAN, SCHNEIDER, SOLOWAY & STERN, P.C.
CASE # RAHMAN VS. THE CIT

Empire Process Service, Inc.
2920 Avenue R, Suite 311
Brooklyn, NY 11229
Tel.: (718) 449-5300

UNITED STATES SOUTHERN DISTRICT COURT
DISTRICT OF NEW YORK

Judge Batts

INDEX NO.: 07 CIV 8774

MAJEED-UR-RAHMAN

Plaintiff(s)

against

THE CITY OF NEW YORK, ET. AL.,

Defendant(s)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF KINGS    ss.:

BRUCE ANGLIN being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of New York

That on 10/23/07  3:40 PM at NYPD, TRANSIT BUREAU HOMELESS OUTREACH UNIT, 104 WASHINGTON STREET, NEW YORK, deponent served the within SUMMONS AND COMPLAINT AND JURY DEMAND IN A CIVIL CASE bearing Index# 07 CIV 8774 & filing date 10/11/07 on NEW YORK CITY POLICE OFFICER TYRONE BRODIE, SHIELD NO. 28148

defendant therein named,

**INDIVIDUAL** ☐
by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☐
a                                , by delivering thereat a true copy of each to
personally; deponent knew said                  so served to be the                  described as the named
defendant and knew said individual to be the                  thereof.

**SUITABLE AGE PERSON** ☒
by delivering thereat a true copy of each to LT. SWEENEY CO-WORKER
a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's
actual place of business and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐
by affixing a true copy of each to the door of said premises, which is defendant's
within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's                  with
and having called there on

**MAILING** ☒
Mailed on 10/24/07 BY FIRST CLASS MAIL
MAILED IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL
On 10/24/07 deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's
actual place of business at NYPD, TRANSIT BUREAU HOMELESS OUTREACH UNIT, 104 WASHINGTON STREET, NEW YORK, NY 10006
and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION**
Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN/BLND | 50 | 5'10 | 160 |

**USE IN NYC CIVIL CT.** ☐
Other identifying features:

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☒
I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply.
The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON    10/24/07

TARA M MAROLLA
NOTARY PUBLIC, State of New York
No. 01MA5035821
Qualified in Richmond County
Commission Expires November 14, 2010

BRUCE ANGLIN
NOTARY PUBLIC, State of New York
No. 01AN4988753
Qualified in Kings County
Commission Expires November 18, _____

BRUCE ANGLIN

822780
LICENSE NO. _____