UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MAJEED UR-RAHMAN,

                                                Plaintiff,      **NOTICE OF APPEARANCE**

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE      07 CV 8774 (DAB)
OFFICER TYRONE BRODIE, Shield No. 28148, and
NEW YORK POLICE COMMISSIONER RAYMOND
KELLY.

                                               Defendants.

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendants, The City of New York, Officer Brodie, and Raymond Kelly in this action.

Dated:  New York, New York
          July 10, 2008

                                                        MICHAEL A. CARDOZO
                                                        Corporation Counsel
                                                        of the City of New York
                                                        Attorney for Defendant City of New York
                                                        100 Church Street, Rm. 3-311
                                                        New York, New York 10007
                                                        (212) 788-0899

                                         By:    _____
                                                         Stuart E. Jacobs (SJ 8379)
                                                         Assistant Corporation Counsel
                                                         Special Federal Litigation Division

To:     BY ECF
        David Stern, Esq.
        Attorney for plaintiff