UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Majeed Ur-Rahman,

          Plaintiff(s),

-against-

City of New York, et al.,

          Defendant(s).
------------------------------------------------------------x

ORDER OF DISCONTINUANCE

07 Civ. 8774 (DAB)(FM)

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

      ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 60 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
           August 8, 2008

                              FRANK MAAS
                              United States Magistrate Judge

Attorney(s) for Plaintiff Majeed Ur-Rahman
David Stern, Esq.

Attorney(s) for Defendant City of NY
Stuart Jacobs, Esq.

Agreed and Consented to:

Majeed Ur-Rahman

Agreed and Consented to:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08